UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

:
: Civil Action No. 13-8148LDW
:

UNITED STATES OF AMERICA

-v-

AARON MUSCHEL

: **CLERK'S CERTIFICATE OF**
: **CASH DEPOSIT**
:
:
:

I hereby certify that on October 6, 2015   $112,199.50

was deposited in the Registry in lieu of bond pursuant to Order of

8/24/2015.

Very truly yours,

William T. Walsh, Clerk

by:   Norma Rodriguez
       Deputy Clerk